UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-22849-BB

ANDRES GOMEZ,

    Plaintiff,

v.

BL RESTAURANT OPERATIONS, LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, ANDRES GOMEZ, and Defendant, BL RESTAURANT OPERATIONS, LLC, hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this action with prejudice once the Settlement Agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines in the instant matter.

Respectfully submitted this 27th day of August, 2019.

*/s/ Alberto Leal*
Alberto R. Leal, Esq.
Florida Bar No. 1002345
al@thelealfirm.com
THE LEAL LAW FIRM, P.A.
9314 Forest Hill Boulevard, #62
Wellington, Florida  33411
Telephone: 561.237.2740

*Counsel for Plaintiff*

*/s/ Mike Ortiz*
Mike Ortiz, Esq.
Florida Bar No. 116234
mike.ortiz@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
9130 S. Dadeland Boulevard, Suite 625
Miami, FL  33156
Telephone:  305.374.0506
Facsimile:  305.374.0456

*Counsel for Defendant*

39767509.2